1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   John Morales

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, | No.  1:13-cv-00622-AWI-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |
| vs. | |
| JAPANESE KITCHEN OF FRESNO, INC., a California corporation, dba JAPANESE KITCHEN, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendants Japanese Kitchen of Fresno, Inc., dba Japanese Kitchen, and Western Village, Inc., the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: July 16, 2013                          MOORE LAW FIRM, P.C.


                                             */s/ Tanya E. Moore*
                                             Tanya E. Moore
                                             Attorneys for Plaintiff
                                             John Morales

*Morales v. Japanese Kitchen of Fresno, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order

| | |
|---|---|
| Date: July 16, 2013 | CAMPAGNE, CAMPAGNE & LERNER, A.P.C. |
| | |
| | */s/ Mary F. Lerner* |
| | Mary F. Lerner |
| | Attorneys for Defendant |
| | Japanese Kitchen of Fresno, Inc., dba Japanese Kitchen |
| | |
| Date: July 16, 2013 | BAYUK & ASSOCIATES |
| | |
| | */s/ Christopher Bayuk* |
| | Christopher Bayuk |
| | Attorneys for Defendant |
| | Western Village, Inc. |

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  July 16, 2013                              _____
                                                                    SENIOR DISTRICT JUDGE

*Morales v. Japanese Kitchen of Fresno, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order