1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   John Morales
6

7

8                 **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10

11 | JOHN MORALES,                              ) No.  1:13-cv-00622-AWI-SKO
                                               )
12 |         Plaintiff,                        ) **STIPULATION FOR DISMISSAL OF**
                                               ) **ACTION;  ORDER**
13 |     vs.                                   )
                                               )
14 | JAPANESE KITCHEN OF FRESNO, INC., a       )
     California corporation, dba JAPANESE      )
15 | KITCHEN, et al.,                          )
                                               )
16 |                                           )
             Defendants.                       )
17                                             )
                                               )
18                                             )

19     IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendants

20 Japanese Kitchen of Fresno, Inc., dba Japanese Kitchen, and Western Village, Inc., the parties

21 to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil

22 Procedure  41(a)(1)(A)(ii),  the  above-captioned  action  be  dismissed  with  prejudice  in  its

23 entirety.  Each party is to bear its own attorneys' fees and costs.

24

25 Date: July 16, 2013                    MOORE LAW FIRM, P.C.

26

27                                        */s/ Tanya E. Moore*
                                          Tanya E. Moore
28                                        Attorneys for Plaintiff
                                          John Morales

*Morales v. Japanese Kitchen of Fresno, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order

Page 1

Date: July 16, 2013                      CAMPAGNE, CAMPAGNE & LERNER, A.P.C.

*/s/ Mary F. Lerner*
Mary F. Lerner
Attorneys for Defendant
Japanese Kitchen of Fresno, Inc., dba Japanese Kitchen

Date: July 16, 2013                      BAYUK & ASSOCIATES

*/s/ Christopher Bayuk*
Christopher Bayuk
Attorneys for Defendant
Western Village, Inc.

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   July 16, 2013                   _____
                                          SENIOR DISTRICT JUDGE

*Morales v. Japanese Kitchen of Fresno, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order